UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY WOLF,<br><br>              Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>              Defendants. | Case No. 3:22-cv-00308-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 21 |

    Before the court is Plaintiff's Motion Identifying Unserved Defendants and Requesting Issuance of Summons to Defendant Russelle Donnelly. (ECF No. 21.) Plaintiff's counsel requests the court provide the last known address of the Defendant which was filed under seal at ECF No. 19 and issue the completed summons so that Defendant Russelle Donnelly can be served.

    **IT IS HEREBY ORDERED** that Plaintiff's Motion Identifying Unserved Defendants and Requesting Issuance of Summons to Defendant Russelle Donnelly (ECF No. 21) is **GRANTED**. The Clerk shall serve an electronic copy of the Under Seal Submission of Last Known Address (ECF No. 19) upon counsel for Plaintiff.

    **IT IS FURTHER ORDERED** that the Clerk shall ISSUE the completed summons attached to Plaintiff's motion (ECF No. 21-1) for Defendant Russelle Donnelly.

    DATED: May 31, 2023.

_____
UNITED STATES MAGISTRATE JUDGE