1  MARGARET A. MCLETCHIE, Nevada Bar No. 10931
2  PIETER M. O'LEARY, Nevada Bar No. 15297
   LEO S. WOLPERT, Nevada Bar No. 12658
3  **MCLETCHIE LAW**
   602 South 10th Street
4  Las Vegas, NV 89101
   Telephone: (702) 728-5300 / Fax: (702) 425-8220
5  Email: efile@nvlitigation.com
6  *Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY WOLF, an individual, | Case No.: 3:22-cv-00308-MMD-CSD |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION AND ORDER TO CONTINUE TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; DANA MARKS, an individual; RUSSELLE DONNELLY, an individual, WILLIAM DONNELLY, an individual; MICHAEL MINEV, an individual, | |
| Defendants. | |

Plaintiff, Gregory Wolf, by and through his undersigned counsel of record, Margaret A. McLetchie, Pieter M. O'Leary, and Leo S. Wolpert, of McLetchie Law, and Defendants State of Nevada Department of Corrections, Dana Marks, Russelle Donnelly, William Donnelly, and Michael Minev ("NDOC Defendants"), by and through their undersigned attorneys of record, Lorin M. Taylor, of the State of Nevada Office of Attorney General (collectively, "the Parties"), hereby stipulate and request that the mandatory telephonic case management conference currently scheduled for July 18, 2023, per ECF No. 27, be moved to July 25, 2023, at 9:00 a.m.

1. Mr. O'Leary, counsel for Plaintiff, will be travelling out of the country on July 18, 2023, and unable to attend the currently set telephonic case management conference

1

on July 18, 2023. Ms. McLetchie will be attending to a family health matter on July 18, 2023, making it unlikely she will be able to attend the case management conference as set.

2. Counsel for the Parties have met and conferred via email to confirm they are available on July 25, 2023, at 9:00 a.m. to attend a telephonic case management conference.

3. In advance of the mandatory case management conference, each party shall file a case management report no later than Tuesday, July 18, 2023.

4. This stipulation is not sought for any improper purpose or other purpose of delay. This stipulation is based upon Plaintiff's counsel's schedule.

**IT IS SO STIPULATED.**

DATED this 3rd day of July, 2023.

**MCLETCHIE LAW**

By: /s/ *Pieter M. O'Leary*
MARGARET A. MCLETCHIE,
Nevada Bar No. 10931
PIETER M. O'LEARY,
Nevada Bar No. 15297
LEO S. WOLPERT,
Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff*

DATED this 3rd day of July, 2023.

**STATE OF NEVADA**

By: /s/ *Lorin M. Taylor*
AARON D. FORD
Nevada Bar No. 7704
LORIN M. TAYLOR
Nevada Bar No. 14958
lmtaylor@ag.nv.gov
**STATE OF NEVADA**
**OFFICE OF ATTORNEY**
**GENERAL**
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-2389
Fax: (702) 486-3773
*Attorneys for Defendants*

## ORDER

**IT IS HEREBY ORDERED that the mandatory telephonic case management conference set for July 18, 2023, at 9:00 a.m. is vacated and rescheduled to July 25, 2023, at 9:00 a.m. Each party to file a case management report no later than Tuesday, July 18, 2023.**

UNITED STATES MAGISTRATE JUDGE

DATED: July 5, 2023

2