**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

VINCENT MARK SANTANA, et al, )
)
        Plaintiffs, ) Case Number 3:22-cv-00308-MMD-CSD
)
vs. ) **ORDER TO TRANSPORT**
) **PLAINTIFFS SANTANA AND WOLF**
STATE OF NEVADA EX REL ) **FOR AN IN-PERSON**
DEPARTMENT OF CORRECTIONS, ) **SETTLEMENT CONFERENCE**
et al, )
)
        Defendants. )
)

The Court set an in-person Settlement Conference for Thursday, October 9, 2025, at 9:00 a.m. in Reno Courtroom 3 before Magistrate Judge Robert A. McQuaid Jr. (ECF No. 93).

**IT IS THEREFORE ORDERED** that the Nevada Department of Corrections shall transport inmates Vincent Mark Santana (#75840) and Gregory Lee Wolf (#55958) to the Bruce R. Thompson Federal Courthouse, 400 South Virginia Steet, Reno, Nevada, to personally attend the Settlement Conference set for Thursday, October 9, 2025, at 9:00 a.m., in Reno Courtroom 3 before Magistrate Judge Robert A. McQuaid Jr.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide a courtesy copy of this Order to the U.S. Marshal's Office in Reno, Nevada.

Dated this 30th day of July 2025.

_____
ROBERT A. MCQUAID JR.
UNITED STATES MAGISTRATE JUDGE