MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY WOLF, an individual, | **Case No.:** 3:22-cv-00308-MMD-CSD |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULTION TO EXTEND DEADLINE TO STIPULATE TO DISMISSAL AND TO SUBMIT JOINT STATUS REPORT REGARDING PLAINTIFF GREGORY WOLF** |
| STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; DANA MARKS, an individual; RUSSELLE DONNELLY, an individual, WILLIAM DONNELLY, an individual; MICHAEL MINEV, an individual, | |
| | **(FIRST REQUEST)** |
| Defendants. | |
| VINCENT SANTANA, an individual, | **Case No.:** 3:23-cv-00395-ART-CSD |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; DANA MARKS, as an individual; ERIN PARKS, as an individual; SARAH RUSHTON, as an individual; DESIREE HULTENSCHMIDT, as an individual; VALAREE OLIVAS, as an individual; STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; STATE OF NEVADA ex. rel. BOARD OF PRISON COMMISSIONERS; JOSEPH LOMBARDO, in his official capacity; AARON FORD, in his official capacity; | |

1

FRANCISCO AGUILAR, in his official capacity; JAMES DZURENDA, in his official capacity; and JOSEPH BENSON, in his official capacity; and DOES 1-10 inclusive.

Defendants.

Plaintiff GREGORY WOLF and Defendants (the "Parties"), by and through their respective counsels, hereby stipulate as follows:

1.    The Parties entered into a settlement agreement on or about December 3, 2025 (the "Settlement Agreement").

2.    Pursuant to the Settlement Agreement, Plaintiff Wolf is to receive the following non-monetary compensation:

NDOC and Plaintiff have agreed to the following non-monetary terms: Corneal Transplant surgery. NDOC recognizes the surgery is medically necessary and will schedule this surgery with an outside provider and will look to outside states if they are needed to find a provider. NDOC agrees to provide the referral but Plaintiff acknowledges that the timing of will be dependent on the approval and recommendation by the outside provider regarding any medical reasons that warrant delay in the surgery. NDOC is making no guarantees as to the effectiveness of surgery. NDOC will coordinate with the outside provider to make sure that the surgery is able to occur. NDOC makes no guarantees as to the scheduling timeline as to an outside provider, but will make expeditious efforts to find a provider and get it scheduled as soon as possible, and provide a status update to Plaintiff within 30 days of execution of this Agreement.

3.    As of the current date, Plaintiff's counsel has not received a status update. Plaintiff's counsel has not been able to ascertain whether Defendants have provided this update directly to Plaintiff Wolf.

4.    Pursuant to the Settlement Agreement, if the terms of the Settlement have not been completed, "Defendants shall submit a Status Report 90 days after execution of this

2

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

Agreement" which "must inform the Court as to what terms are yet to be completed, along with an explanation as to why they have not yet been completed and when NDOC anticipates the outstanding terms will be completed."

5.      Defendants did not submit a status report 90 days after the execution of the agreement—*i.e.*, by March 3, 2026.

6.      As of the current date, Plaintiff's counsel has been informed that Plaintiff Wolf has been scheduled for an appointment with a Corneal Specialist on a date later than March 12, 2026, which will require Mr. Wolf be transferred to another NDOC facility.

7.      Pursuant to the Settlement Agreement, "the Court retains jurisdiction over the Matter for purposes of enforcing this Settlement Agreement only until the Stipulation and Order to Dismiss is granted."

8.      On March 2, 2026, the Court entered a minute order stating that it would dismiss this action with prejudice if the Parties do not submit a stipulation by March 12, 2026.

9.      In light of the above, the Parties stipulate that the deadline for the Parties to submit a stipulation to dismiss be extended ninety (90) days, to **June 10, 2026**.

10.     Furthermore, the Parties stipulate that they will file a Joint Status Report with the Court no later than **March 26, 2026,** to inform the Court as to the status of Defendants' compliance with all terms of the Settlement Agreement.

11.     Good cause exists to extend these deadlines due to Plaintiff's counsel encountering difficulties obtaining information regarding Plaintiff Wolf's treatment, and staffing changes at the Office of the Attorney General.

12.     This is the first stipulation for extension of the deadline to stipulate to dismissal in this matter.

13.     This stipulation is made in good faith and not for the purposes of delay.

/ / /

/ / /

/ / /

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

3

**IT IS SO STIPULATED.**

DATED this 12th day of March, 2026.

    **MCLETCHIE LAW**

By: */s/ Leo S. Wolpert*
    MARGARET A. MCLETCHIE,
    Nevada Bar No. 10931
    LEO S. WOLPERT,
    Nevada Bar No. 12658
    **MCLETCHIE LAW**
    602 South Tenth Street
    Las Vegas, Nevada 89101
    Telephone: (702) 728-5300
    Fax: (702) 425-8220
    Email: efile@nvlitigation.com
    *Counsel for Plaintiffs*

DATED this 12th day of March, 2026.

**AARON D. FORD**
**Attorney General**

By: */s/ Victoria C. Corey*
    VICTORIA C. COREY
    Nevada Bar No. 16364
    **STATE OF NEVADA**
    **OFFICE OF ATTORNEY**
    **GENERAL**
    1 State of Nevada Way., Ste. 100
    Las Vegas, Nevada 89119
    Telephone: (702) 486-7629
    Fax: (702) 486-3768
    Email: vcorey@ag.nv.gov
    *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

DATED this 13th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

4