MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff Vincent Santana*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY WOLF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; DANA MARKS, an individual; RUSSELLE DONNELLY, an individual, WILLIAM DONNELLY, an individual; MICHAEL MINEV, an individual,<br><br>Defendants. | **Case No.:** 3:22-cv-00308-MMD-CSD<br><br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF VINCENT SANTANA'S CLAIMS WITH PREJUDICE** |
| VINCENT SANTANA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; DANA MARKS, as an individual; ERIN PARKS, as an individual; SARAH RUSHTON, as an individual; DESIREE HULTENSCHMIDT, as an individual; VALAREE OLIVAS, as an individual; STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; STATE OF NEVADA ex. rel. BOARD OF PRISON COMMISSIONERS; JOSEPH LOMBARDO, in his official capacity; AARON FORD, in his official capacity; | **Case No.:** 3:23-cv-00395-ART-CSD |

1

FRANCISCO AGUILAR, in his official capacity; JAMES DZURENDA, in his official capacity; and JOSEPH BENSON, in his official capacity; and DOES 1-10 inclusive.

Defendants.

Plaintiff VINCENT SANTANA, and Defendants, by and through their respective counsels, hereby stipulate to dismiss this matter with prejudice pursuant to settlement agreement executed by the parties on or about December 10, 2025. For the avoidance of confusion, this stipulation for dismissal ***does not*** apply to Plaintiff GREGORY WOLF, whose matter is addressed in a separate stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

2

**IT IS SO STIPULATED.**

DATED this 12th day of March, 2026.

    **MCLETCHIE LAW**

By: */s/ Leo S. Wolpert*
    MARGARET A. MCLETCHIE,
    Nevada Bar No. 10931
    LEO S. WOLPERT,
    Nevada Bar No. 12658
    **MCLETCHIE LAW**
    602 South Tenth Street
    Las Vegas, Nevada 89101
    Telephone: (702) 728-5300
    Fax: (702) 425-8220
    Email: efile@nvlitigation.com
    *Counsel for Plaintiff Vincent Santana*

DATED this 12th day of March, 2026.

**AARON D. FORD**
**Attorney General**

By: */s/ Victoria C. Corey*
    VICTORIA C. COREY
    Nevada Bar No. 16364
    **STATE OF NEVADA**
    **OFFICE OF ATTORNEY**
    **GENERAL**
    1 State of Nevada Way., Ste. 100
    Las Vegas, Nevada 89119
    Telephone: (702) 486-7629
    Fax: (702) 486-3768
    Email: vcorey@ag.nv.gov
    *Attorneys for Defendants*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

DATED this 13th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3