MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GREGORY WOLF, an individual,

Plaintiff,

vs.

STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; DANA MARKS, an individual; RUSSELLE DONNELLY, an individual, WILLIAM DONNELLY, an individual; MICHAEL MINEV, an individual,

Defendants.

**Case No.:** 3:22-cv-00308-MMD-CSD

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO STIPULATE TO DISMISSAL REGARDING PLAINTIFF GREGORY WOLF**

**(THIRD REQUEST)**

VINCENT SANTANA, an individual,

Plaintiff,

vs.

STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; DANA MARKS, as an individual; ERIN PARKS, as an individual; SARAH RUSHTON, as an individual; DESIREE HULTENSCHMIDT, as an individual; VALAREE OLIVAS, as an individual; STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; STATE OF NEVADA ex. rel. BOARD OF PRISON COMMISSIONERS; JOSEPH LOMBARDO, in his official capacity; AARON FORD, in his official capacity;

**Case No.:** 3:23-cv-00395-ART-CSD

FRANCISCO AGUILAR, in his official capacity; JAMES DZURENDA, in his official capacity; and JOSEPH BENSON, in his official capacity; and DOES 1-10 inclusive.

Defendants.

Plaintiff GREGORY WOLF and Defendants (the "Parties"), by and through their respective counsels, hereby stipulate as follows:

1. The Parties entered into a settlement agreement on or about December 3, 2025 (the "Settlement Agreement").

2. Pursuant to the Settlement Agreement, Plaintiff Wolf is to receive the following non-monetary compensation:

> NDOC and Plaintiff have agreed to the following non-monetary terms: Corneal Transplant surgery. NDOC recognizes the surgery is medically necessary and will schedule this surgery with an outside provider and will look to outside states if they are needed to find a provider. NDOC agrees to provide the referral but Plaintiff acknowledges that the timing of will be dependent on the approval and recommendation by the outside provider regarding any medical reasons that warrant delay in the surgery. NDOC is making no guarantees as to the effectiveness of surgery. NDOC will coordinate with the outside provider to make sure that the surgery is able to occur. NDOC makes no guarantees as to the scheduling timeline as to an outside provider, but will make expeditious efforts to find a provider and get it scheduled as soon as possible, and provide a status update to Plaintiff within 30 days of execution of this Agreement.

3. Pursuant to the Settlement Agreement, if the terms of the Settlement have not been completed, "Defendants shall submit a Status Report 90 days after execution of this Agreement" which "must inform the Court as to what terms are yet to be completed, along with an explanation as to why they have not yet been completed and when NDOC anticipates the outstanding terms will be completed."

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

4. Pursuant to the Settlement Agreement, "the Court retains jurisdiction over the Matter for purposes of enforcing this Settlement Agreement only until the Stipulation and Order to Dismiss is granted."

5. On March 2, 2026, the Court entered a minute order stating that it would dismiss this action with prejudice if the Parties do not submit a stipulation by March 12, 2026.

6. On March 13, 2026, the Court granted a stipulation for the parties to file a Joint Status Report by March 26, 2026, and to extend the deadline for the Parties to submit a stipulation to dismiss the matter to June 10, 2026. (ECF No. 100.)

7. On March 26, 2026, the Parties submitted a Joint Status report informing the Court that Mr. Wolf would be transferred to another NDOC institution and be given a medical appointment prior to May 1, 2026, and that defense counsel would update the court when information regarding Mr. Wolf's surgery was received. (ECF No. 102, p. 2:1-5.)

8. Subsequently, Defendants' counsel informed Mr. Wolf's counsel that Mr. Wolf was seen by a corneal specialist on May 26, 2026, and is scheduled for corneal transplant surgery in mid-to-late July, 2026.

9. Mr. Wolf's surgery had to be rescheduled due to delay in transportation.

10. On September 8, 2026, Defendants' counsel informed Mr. Wolf's counsel that Mr. Wolf received the surgery on August 31, 2026, and attended follow-up appointments on September 1, 2026, and September 8, 2026.

11. While Mr. Wolf's counsel does not doubt the accuracy of Defendants' counsel's representation, out of an abundance of caution, Mr. Wolf's counsel desires to follow up with Mr. Wolf personally to ensure that the Settlement Agreement has been fulfilled.

12. In light of the above, the Parties stipulate that the deadline for the Parties to submit a stipulation to dismiss be extended thirty (30) days, to **October 8, 2026**.

13. Good cause exists to extend this deadline to ensure that this Court maintains jurisdiction while Mr. Wolf receives appropriate post-operative care in NDOC facilities.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

14. This is the third stipulation for extension of the deadline to stipulate to dismissal in this matter.

15. This stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 8th day of September, 2026.

**MCLETCHIE LAW**

By: /s/ *Leo S. Wolpert*
MARGARET A. MCLETCHIE,
Nevada Bar No. 10931
LEO S. WOLPERT,
Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

DATED this 8th day of September, 2026.

**AARON D. FORD**
**Attorney General**

By: /s/ *Victoria C. Corey*
VICTORIA C. COREY
Nevada Bar No. 16364
**STATE OF NEVADA**
**OFFICE OF ATTORNEY GENERAL**
1 State of Nevada Way., Ste. 100
Las Vegas, Nevada 89119
Telephone: (702) 486-7629
Fax: (702) 486-3768
Email: vcorey@ag.nv.gov
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

DATED this 9th day of September, 2026.



UNITED STATES DISTRICT JUDGE

MCLETCHIE LAW
Attorneys at Law
602 South Tenth Street
Las Vegas, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
www.nvlitigation.com