AARON D. FORD
Attorney General
VICTORIA C. COREY (Bar No. 16364)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Nevada Department of Corrections, Cisco Aguilar, Russelle Donnelly, James Dzurenda, Aaron Ford, Michael Minev, Dana Marks, and Kenneth Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GREGORY LEE WOLF,

Plaintiff,

v.

STATE OF NEVADA EX REL DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

VINCENT MARK SANTANA,

Plaintiff,

v.

DAVID REVUS, *et al.*,

Defendants

Case No. 3:22-cv-00308-MMD-CSD

**Consolidated with**

Case No. 3:23-cv-00395-ART-CSD

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, Gregory Lee Wolf, by and through counsel, Leo Wolpert and Maggie McLetchie, of McLetchie Law, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules

///

of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 9th day of October 2026.

*/s/Leo S.Wolpert*
Margaret A. McLetchie (Bar No. 10931)
Leo S. Wolpert (Bar No. 12658)
*Attorneys for Plaintiff*

DATED this 9th day of October 2026.
AARON D. FORD
Attorney General

*/s/ Victoria C. Corey*
Victoria C. Corey, (Bar No. 16364)
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: October 13, 2026.

UNITED STATES DISTRICT JUDGE